IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01159-LTB

ABDULLAH MUHAMMAD EL AL RASHEED MUHAMMAD ABDULLAH, also known as MUHAMMAD MUSTAFA ABDULLAH,

    Applicant,

v.

[NO RESPONDENT NAMED],

    Respondent.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on May 30, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Respondent and against Applicant.

    DATED at Denver, Colorado, this 30th day of May, 2014.

                      FOR THE COURT,

                      JEFFREY P. COLWELL, Clerk

                      By: s/K Lyons
                          Deputy Clerk